No. 91–7540. CALHOUN v. UNITED STATES ET AL. C. A. 2d Cir.; and

No. 91–7550. LOPEZ v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until

May 18, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.